UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE WILLIAMS,

    Plaintiff,

Case No. 20-cv-10584
Hon. Matthew F. Leitman

v.

MACOMB CORRECTIONAL
FACILITY, *et al.*,

    Defendants.

_____/

## ORDER (1) CONDITIONALLY APPOINTING COUNSEL AND (2) TEMPORARILY STAYING CASE

Plaintiff Maurice Williams is a state prisoner in the custody of the Michigan Department of Corrections. On March 5, 2020, Williams filed an action in this Court against Defendants the Macomb Correctional Facility and Nobert Fronczak, an assistant librarian at that facility. (*See* Compl., ECF No. 1.) Williams claims, among other things, that Fronczak retaliated against him (Williams) for filing certain grievances. (*See id.*)

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. See *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993). However, this district has a procedure in which cases are referred to a Pro Bono Committee that requests members of the bar to assist in

1

appropriate cases. This Court believes Williams would benefit from the assistance of appointed pro bono counsel in this case.

Accordingly, this case is referred to the Pro Bono Committee. Williams is conditionally granted appointment of counsel provided that the committee is successful in enlisting pro bono counsel.  If the committee is unsuccessful, counsel will not be appointed and Williams will proceed *pro se* or retain counsel at his own expense.

In the interim, and until such time as the Pro Bono committee either appoints counsel or determines that counsel cannot be appointed, this case is **STAYED**. If pro bono counsel is appointed, Court will thereafter schedule a telephonic status conference with counsel to discuss lifting the stay and the next steps in this action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764