UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE WILLIAMS,

    Plaintiff,

v.

MACOMB CORRECTIONAL
FACILITY, *et al.*,

    Defendants.
_____/

Case No. 20-cv-10584
Hon. Matthew F. Leitman

### ORDER DENYING WITHOUT PREJUDICE MOTION FOR EXTENSION OF TIME (ECF No. 13) AND MOTION REGARDING TIME LIMIT FOR SERVICE (ECF No. 16)

Plaintiff Maurice Williams filed this pro se prisoner's civil rights action against the Macomb Correctional Facility and Nobert Fronczak. After filing the action, Williams filed two pro se motions: a motion for extension of time and a motion regarding time limit for service. The Court has now appointed counsel for Williams. The Court believes that the best course of action going forward is to have counsel conduct an independent review of the entire case and to determine the appropriate next steps, including whether the issues raised in the motions should be pursued. At this time, the Court will DENY the motions without prejudice. Counsel

1

may re-file the motions (in the form prescribed by the Court's Local Rules), if he deems it necessary and appropriate to do so after completing his review.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: February 18, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2021, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764

2